UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br><br> Kamron CRAIG, <br> Erik FERNANDEZ, <br><br> Defendants. | Magistrate Docket No. '22 MJ1393 <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C. § 1324(a)(1)(A)(ii) <br> Transportation of Illegal Aliens |

The undersigned complainant being, duly sworn, states:

On or about April 18, 2022, within the Southern District of California, defendants Kamron CRAIG and Erik FERNANDEZ with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Felix ARCOS-Juarez, Jose Luis MARROQUIN-Reyes and Sinahi SANCHEZ-Bartolo, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Carly A. Herbert
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 19, 2022.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Kamron CRAIG,**
**Erick FERNANDEZ,**

## PROBABLE CAUSE STATEMENT

The complainant states that Felix ARCOS-Juarez, Jose Luis MARROQUIN-Reyes, and Sinahi SANCHEZ-Bartolo, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 18, 2022, Border Patrol Agents M. Cruz and N. Johnson were performing their assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 5:55 PM, Agent Cruz was notified to be on the lookout for a silver Ford Expedition, which was pulled over earlier in the day and the occupants admitted to being in the area to pick up illegal aliens.

While Agent Cruz was positioned westbound on an access road known to Border Patrol agents as "Keubler's Ranch", which gave you access to the Otay Mountain Truck Trail, he observed a silver Ford Expedition driving at a high rate of speed, nearly sideswiping his vehicle on the driver side. Agent Cruz then observed the Expedition nearly go airborne, while driving on an unauthorized road north of the gate on Alta Road. Agent Cruz attempted to follow the Expedition, but lost visual due to a large dust cloud.

At approximately 6:05 PM, Agent Johnson, who was parked at Paseo De La Fuente and Alta Road intersection, observed the Expedition traveling south on Alta Road. Agent Johnson followed the vehicle, activated his emergency lights and sirens and attempted to conduct a vehicle stop. The Expedition pulled over 50 yards west of the Enrico Fermi Drive and Otay Mesa Road intersection. Agents Johnson and Cruz approached the Expedition and identified themselves as Border Patrol Agents. Agent Johnson asked the driver, later identified as the defendant, Kamron CRAIG, if he had any identification, to which CRAIG stated he did not. Agent Cruz conducted an immigration inspection on the passenger, later identified as the defendant, Erik FERNANDEZ, who stated that he was a United States Citizen. Agent Cruz then opened the rear passenger door and observed one individual sitting upright, with another individual laying down next to him. Agent Cruz also observed four more individuals in the rear compartment laying down on top of each other.

Agent Cruz conducted an immigration inspection on all six individuals, including three later identified as material witnesses, Felix ARCOS-Juarez, Jose Luis MARROQUIN-Reyes, and

**CONTINUATION OF COMPLAINT:**
**Kamron CRAIG,**
**Erick FERNANDEZ,**

Sinahi SANCHEZ-Bartolo, which stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 6:09 PM, Agent Cruz placed all six individuals, including ARCOS, MARROQUIN and SANCHEZ, under arrest. At approximately 6:10 PM, Agent Johnson placed CRAIG under arrest. And at approximately 6:11 PM, Agent Johnson placed FERNANDEZ under arrest.

The defendant CRAIG was read his Miranda Rights and stated that he understood them and was willing to speak without an attorney present. CRAIG stated that he lives in Orange, California and a high school friend gave him the job to pick people up in San Diego, California. CRAIG stated that the friend paid for his Uber ride from Orange to San Diego. Craig stated the UBER took him to a McDonalds by the border, where he met up with his friend and Erik FERNANDEZ. CRAIG stated that FERNANDEZ gave him the directions to the location where they picked up the individuals. CRAIG stated that FERNANDEZ signaled to the individuals to get in the vehicle by yelling in Spanish. CRAIG stated that the drop off location was in Orange, and he would get paid $500.00 USD per individual.

The defendant FERNANDEZ was read his Miranda Rights and stated that he understood them and was willing to speak without an attorney present. FERNANDEZ stated that he and an unknown individual drove from Orange to San Diego on the night of April 17, 2022. FERNANDEZ stated that earlier today, the unknown individual and him attempted to locate six individuals to smuggle into the United States, but were stopped by Border Patrol before they could pick up the individuals. FERNANDEZ stated that before Border Patrol released them, he admitted to the agents of their intentions to pick up illegal aliens. FERNANDEZ stated that later in the day they were able to locate the six individuals, but were stopped by Border Patrol soon after.

Material witnesses Felix Alvaro ARCOS-Juarez, Jose Luis MARROQUIN-Reyes and Sinahi SANCHEZ-Bartolo stated that they are citizens and nationals of Mexico without any immigration documents allowing them to enter or remain in the United States legally. ARCOS and MARROQUIN stated that they made smuggling arrangements prior to entering the United States and agreed to pay a fee of approximately $5,000 USD to $9,000 USD if successfully smuggled into the United States. SANCHEZ was aware that there was a smuggling fee to be paid but was unaware of the amount.

ARCOS, MARROQUIN, and SANCHEZ stated that they were guided through the mountains

Case 3:22-mj-01393-MDD   Document 1   Filed 04/19/22   PageID.4   Page 4 of 4

**CONTINUATION OF COMPLAINT:**
**Kamron CRAIG,**
**Erick FERNANDEZ,**

by a foot guide. The foot guide guided them to the location where the load vehicle would pick them up. ARCOS and SANCHEZ stated that that the foot guide left when the load vehicle arrived. ARCOS stated that the driver instructed him to enter the vehicle and crawl back to the trunk.

ARCOS, MARROQUIN and SANCHEZ were shown two photographic arrays. ARCOS and SANCHEZ were able to positively identify CRAIG as the driver. MARROQUIN was able to positively identify CRAIG as the driver and FERNANDEZ as the passenger.